UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ALOYSIUS LOWERY,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SANTA CLARA, et al,<br><br>        Defendants. | Case No.: C 09-0229 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO COMPLY WITH REQUIREMENTS OF CIVIL LOCAL RULE 73-1(a)(2); AND**<br><br>**RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS TO MARCH 31, 2009** |

On February 9, 2009, Defendant City of Santa Clara filed a motion to dismiss.[1]  Civil Local Rule 73-1(a)(2) required that all parties file *either* a written consent to the jurisdiction of a Magistrate Judge, or else a declination and request reassignment to a District Judge within five court days after the motion to dismiss was filed.  None of the parties have yet done so.  Therefore,

IT IS HEREBY ORDERED that no later than March 19, 2009, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

IT IS FURTHER ORDERED that the hearing on Defendant City of Santa Clara's motion to dismiss is rescheduled for March 31, 2009 at 10:00 a.m. in Courtroom 5 of this court.

Dated: *3/11/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on                to:</u>

Kevin Aloysius Lowery
2081 Bohannon Drive
Santa Clara, CA  95050

_____
CORINNE LEW
Courtroom Deputy
