1
2
3
4
5
6
7                              UNITED STATES DISTRICT COURT

8                            NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10   KEVIN ALOYSIUS LOWERY,                    )      Case No.: C 09-0229 PVT
                                               )
11               Plaintiff,                    )      **ORDER** CONTINUING CASE
                                               )      MANAGEMENT CONFERENCE AND
12       v.                                    )      EXTENDING DEADLINES
                                               )
13   CITY OF SANTA CLARA, et al,               )
                                               )
14               Defendants.                   )
     _____)
15

16          On May 8, 2009, Plaintiff Kevin Lowery filed an amended complaint, which now includes

17   two additional Plaintiffs, Sally Lowery and Matthew Lowery.  The amended complaint is signed by

18   Kevin Lowery and Matthew Lowery, but not by Sally Lowery.  Pursuant to this court's Civil Local

19   Rules, the deadline for each party to file either a written consent to the jurisdiction of the magistrate

20   judge, or request reassignment to a district judge, was June 2, 2009.  *See* CIVIL L.R. 73-1(a)(1)

21   ("Parties must either file written consent to the jurisdiction of the magistrate judge, or request

22   reassignment to a district judge, by the deadline for filing the initial case management conference

23   statement.").  As of June 4, 2009, neither Sally Lowery nor Matthew Lowery have complied with

24   Civil Local Rule 73-1(a)(1).  Therefore,

25          IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for

26   June 9, 2009 is CONTINUED to June 30, 2009.

27          IT IS FURTHER ORDERED that, no later than June 23, 2009, Plaintiff Sally Lowery shall

28   file a copy of the amended complaint which she has personally signed.  Failure to do so will result in

1   dismissal of Plaintiff Sally Lowery as a Plaintiff in this action.

2          IT IS FURTHER ORDERED that, no later than June 23, 2009, Plaintiffs Sally Lowery and

3   Matthew Lowery shall each file either a "Consent to Proceed Before a United States Magistrate

4   Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for

5   Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)

6   section of the court's website at www.cand.uscourts.gov.

7          IT IS FURTHER ORDERED that, no later than June 23, 2009, Plaintiffs shall file a Case

8   Management Conference Statement in compliance with Civil Local Rule 16-9(a).

9   Dated: *6/4/09*

10

11  PATRICIA V. TRUMBULL
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4    <u>copies mailed on     *6/4/09*            to:</u>

5    Kevin Aloysius Lowery
     2081 Bohannon Drive
6    Santa Clara, CA  95050

7    Salley H.K. Lowery
     2081 Bohannon Drive
8    Santa Clara, CA  95050

9    Matthew T. Lowery
     2081 Bohannon Drive
10   Santa Clara, CA  95050

11
                                        */s/  Donna Kirchner        for*
12                                      CORINNE LEW
                                        Courtroom Deputy
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28