UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ALOYSIUS LOWERY,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SANTA CLARA, et al,<br><br>        Defendants. | Case No.: C 09-0229 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO DISTRICT JUDGE; AND**<br><br>**RECOMMENDATION THAT COURT DISMISS PLAINTIFF SALLY LOWERY AS A PLAINTIFF** |

      On June 4, 2009, this court issued an order setting a deadline of June 23, 2009 for Plaintiffs Sally Lowery and Matthew Lowery to each file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Neither of these Plaintiffs did so. The court also set a deadline of June 23, 2009 for Plaintiff Sally Lowery to file a copy of the amended complaint which she has personally signed, cautioning her that failure to do so would result in dismissal of Plaintiff Sally Lowery as a Plaintiff in this action. She failed to file a signed copy of the complaint. Therefore, based on the file herein,

      IT IS HEREBY ORDERED that this case be reassigned to a District Judge because not all parties have consented to Magistrate Judge jurisdiction. Absent such consent, this court does not have authority to preside over this case. *See* 28 U.S.C. § 636.

IT IS FURTHER RECOMMENDED that the court dismiss Sally Lowery as a Plaintiff in this action based on her failure to file a copy of the complaint which she has personally signed (or one signed by an attorney on her behalf).  *See* CIVIL L.R. 3-9(a) ("Any party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court.")

Dated: *June 26, 2009*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on</u>   *6/26/09*      to:
5  Kevin Aloysius Lowery
   2081 Bohannon Drive
6  Santa Clara, CA  95050
7  Salley H.K. Lowery
   2081 Bohannon Drive
8  Santa Clara, CA  95050
9  Matthew T. Lowery
   2081 Bohannon Drive
10 Santa Clara, CA  95050
11
                                         <u>    /s/   Donna Kirchner           for  </u>
12                                       CORINNE LEW
                                         Courtroom Deputy
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*