ORESTES A. CROSS, State Bar No. 250471
WALSTON CROSS, P.C.
735 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: ocross@walstonlaw.com
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LOWERY, an Individual, SALLEY H.K. LOWERY, an Individual, MATTHEW T. LOWERY, an Individual<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. C09-00229 PVT<br><br>REQUEST FOR ENTRY OF PLAINTIFFS' DISMISSAL |

Plaintiffs hereby request the Court to enter dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41 (a) (2).

Respectfully Submitted,

/s/
_____
By:
Mr. Orestes Alexander Cross

ATTORNEY FOR PLAINTIFF

It is so ordered.

The Court terminates any pending deadlines, hearings or motions.   The clerk shall close this file.

Dated: July 1, 2009                                     _James Ware_____
                                                        UNITED STATES DISTRICT JUDGE

- 1 -
*Lowery v. City of Santa Clara, Case No. C09-00229 PVT*